Veronica ARGUETA, as Legal Representative of Her Minor Son, Joshua Argueta, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 2012–5065.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2012.

Curtis R. Webb, Lloyd J. & Curtis R. Webb Attorneys, of Twin Falls, Idaho, argued for petitioners-appellants.

Darryl R. Wishard, Trial Attorney, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Rupa Bhattacharyya, Director, Mark W. Rogers, Deputy Director, and Gabrielle M. Fielding, Assistant Director.

LINN, REYNA, and WALLACH, Circuit Judges.

---

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.